**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Illinois
(State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Mack Industries II, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   __ __ – __ __ __ __ __ __ __

**4. Debtor's address**

Principal place of business

6820 Centennial Drive
Number   Street

Tinley Park, IL   60477
City   State   ZIP Code

Cook
County

Mailing address, if different from principal place of business

Number   Street

P.O. Box

City   State   ZIP Code

Location of principal assets, if different from principal place of business

Number   Street

City   State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    **Mack Industries II, LLC**                                    Case number (if known) _____
             Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                  MM / DD / YYYY

If more than 2 cases, attach a separate list.

         District _____  When _____  Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.  Debtor  **Mack Industries, Ltd.**        Relationship  **Parent Company**
         District  **Northern District of Illinois**   When  **3/24/2017**
                                                                MM / DD / YYYY
         Case number, if known  **17-09308**

List all cases. If more than 1, attach a separate list.

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor   __Mack Industries II, LLC__   Case number (if known) _____
     Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number    Street

        City    State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor ___Mack Industries II, LLC___   Case number (if known)_____
       Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

X _/s/ Ron Peterson_
Signature of authorized representative of debtor   Printed name

Title  Ronald R. Peterson, as Chapter 11 Trustee for Mack Industries, Ltd.

**18. Signature of attorney**

X _/s/_
Signature of attorney for debtor   Date  31 May 2017

Ronald R. Peterson
Printed name

JENNER & BLOCK LLP
Firm name

353 North Clark Street
Number   Street

Chicago                                IL       60654-3456
City                                   State   ZIP Code

(312) 222-9350                         rpeterson@jenner.com
Contact phone                          Email address

02188473                               IL
Bar number                             State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MACK INDUSTRIES II, LLC, | ) | Case No. _____ |
| | ) | |
| Debtor. | ) | Joint Administration Requested |

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: __5__

The above-named Debtor hereby verifies that the list of creditors is true and correct to the best of my knowledge.

Date: May 31, 2017

By: _____
Ronald R. Peterson
Chapter 11 Trustee for Mack
Industries, Ltd., Sole Manager and
Member of Mack Industries II, LLC

Mack Industries, Ltd.
6820 Centennial Drive
Tinley Park, IL  60477

Oak Park Avenue Realty
6820 Centennial Drive
Tinley Park, IL  60477

First Community Financial Bank
2801 Black Road
Joliet, IL 60435
Will County

Iroquois Federal Savings & Loan
Association
201 E. Cherry St.
Watseka, IL  60970

Pan American Bank & Trust
1440 W. North Ave.
Melrose Park, IL  60160

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| MACK INDUSTRIES II, LLC, | ) Case No. _____ |
| | ) |
| Debtor. | ) Joint Administration Requested |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)
AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURES**

Pursuant to Rules 1007(a) and 7007.1 of the Federal Rule of Bankruptcy Procedure, the undersigned that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of Mack Industries II, LLC's equity interests:

- Mack Industries, Ltd.

May 31, 2017

Ronald R. Peterson
Chapter 11 Trustee for Mack Industries, Ltd.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60657
TEL: 312-222-9350
FAX: 312-527-0484